# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 185 WAL 2017
                               :
            Respondent         :  Petition for Allowance of Appeal from
                               :  the Order of the Superior Court
                               :
        v.                     :
                               :
                               :
                               :
JOSEPH MIN,                    :
                               :
            Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.